IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KAMAL K. PATEL, | ) | |
| and K & A MOTEL, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 10-2403-JTM |
| | ) | |
| DAVID SNAPP, MICHAEL DOLL and | ) | |
| WAITE, SNAPP & DOLL, | ) | |
| Defendants, | ) | |
| | ) | |
| MICHAEL DOLL, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WILSON PARMAR and | ) | |
| GRACE PARMAR, | ) | |
| Third-Party Defendants. | ) | |

## **ORDER**

This matter comes before the court on the motion of plaintiff K & A Motel, Inc.,

pursuant to Federal Rule of Civil Procedure 37, to compel supplementation of defendant

David Snapp's answer to Interrogatory No. 23 **(doc. 167)**. The court previously ruled on

that motion, denying plaintiff's motion to compel with respect to Interrogatory No. 23

(doc. 191). However, the court ordered defendant to submit for in camera inspection all

documents in its possession which are responsive to Interrogatory No. 23. The court did

this in the interest of facilitating the party's exchange of relevant information. Upon

review of the documents, the court upholds its previous order. Nothing in the documents

submitted changes the court's mind on its previous ruling – defendant may not willingly

divulge the information Interrogatory No. 23 seeks. However, the court notes that the

vast majority of the documents are pleadings of public record that plaintiff already has access to.

In consideration of the foregoing,

**IT IS THEREFORE ORDERED** that this court's order denying plaintiff's motion to compel defendant to produce documents responsive to Interrogatory No. 23 is reaffirmed.

Dated April 19, 2013 at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge