IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAMAL K. PATEL,
and K&A MOTEL, INC.,

        Plaintiffs,

v.                                                     Case No. 10-2403-JTM

DAVID SNAPP, *et al.*,

        Defendants.

MEMORANDUM AND ORDER

The court has before it pro se plaintiff Kamal K. Patel's Motion for Extension of Time to Pay Appeal Filing Fee (Dkt. 418). The court overlooks the motion's improper caption and case number, construing the filing liberally, as Patel is acting pro se. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Patel asks the court to grant him an additional period of time beyond the March 3, 2014 deadline to pay his appellate filing fee or file an application to proceed in forma pauperis. He states that he has requested that his family pay the filing fee and needs the extra time to ensure that this is done. Having granted Patel in forma pauperis status previously, and recognizing the difficulties he faces due to his current incarceration, the court finds good cause for granting the extension. The court grants the motion, giving Patel until March 19, 2014 to either pay his appellate filing fee or file an application to proceed in forma pauperis.

IT IS THEREFORE ORDERED this 6th day of March, 2014, that Patel's Motion for Extension of Time to Pay Appeal Filing Fee (Dkt. 418) is granted.

s/J. Thomas Marten
J. THOMAS MARTEN, JUDGE